UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | CR05-045-C-EJL |
| Plaintiff,   ) | |
| ) | MEMORANDUM DECISION |
| vs.   ) | AND ORDER |
| ) | |
| LEONARD MOLESWORTH,   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

Pending before the Court in the above-entitled matter are Defendant Leonard Molesworth's motions to stay execution of judgment and to stay financial judgment pending appeal.[1] The motions ask that this Court stay the execution of the sentence of imprisonment and the financial judgment pending resolution of Mr. Molesworth's appeal. The government has opposed the motions and Mr. Molesworth has replied. The matter is now ripe for the Court's review. Having fully reviewed the record herein, the Court finds that the facts and legal arguments are adequately presented in the briefs and record. Accordingly, in the interest of avoiding further delay, and because the Court conclusively finds that the decisional process would not be significantly aided by oral argument, this motion shall be decided on the record before this Court without oral argument. Local Rule 7.1(d)(2).

**Analysis**

Following Mr. Molesworth's conviction by a jury of multiple counts of filing false documents and related charges the Court held a sentencing hearing on November 28, 2005. Mr.

---

[1] Defendant has also filed a motion for preparation of transcripts for proceedings conducted on certain dates. (Dkt. No. 140). To the extent those transcripts have not been previously provided the Court grants the request.

Molesworth was sentenced to a term of twelve months an one day imprisonment to be followed by one year of supervised release on each count all to run concurrently. (Dkt. No. 130). In addition the Court imposed a $1,700 special assessment. Judgment was entered on December 2, 2005. (Dkt. No. 131). The instant motions seek to stay the sentence of imprisonment and the payment of the special assessment until Mr. Molesworth's appeal is decided. The motion is made pursuant to 18 U.S.C. § 3143, Rule 9(b),

As to the motion to stay execution of sentence, Mr. Molesworth asserts the factors found in § 3143 are met and, therefore, the motion should be granted. In particular Mr. Molesworth argues he is not likely to flee and has appeared at every hearing in this case and complied with the terms of his release to date and that the appeal is not made for the purpose of delay and raises substantial questions of law or fact likely to result in one of the four possible changes in the outcome of this matter.[2] Mr. Molesworth argues the appellate process can often last several month and a reversal might involve a new sentence of lesser duration than he will spend incarcerated while the appeal is pending. The motion lists the appellate issues to be raised involving challenges to the indictment, trial, and sentence. The government opposes the motions noting that while Mr. Molesworth may not be a flight risk the motions should be denied because they do not present substantial questions of law or fact.

Although the Court does not believe Mr. Molesworth to be a flight risk, the Court finds the issues raised on appeal fail to raise substantial questions of law or fact likely to result in a ruling as contemplated by § 3143(b)(1)(B). The Court has reviewed the appellate issues listed in the motion and, for the most part, the Court has ruled upon each of these matters in written orders contained in

---

[2] Namely, § 3143(b)(1)(B) provides that the Court find by clear and convincing evidence that the appeal is "not for the purpose of delay and raises a substantial question of law or fact likely to result in – (i) reversal, (ii) an order for a new trial, (iii) a sentence that does not include a term of imprisonment, or (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process."

2

the record.  Having again considered these arguments the Court's position on these matters is unchanged.  The challenges to the sentencing in this matter likewise do not warrant a stay.  The government's response correctly addresses each of the issues and notes the issues are not new or novel, present no unique facts not covered by controlling precedents, do not involve important questions of law, and fail to raise issues which are fairly debatable.  (Dkt. No. 143).  Finally, the motion to stay execution of the financial judgment refers to the $1,700 special assessment imposed at sentencing.  The amount was properly imposed pursuant to 18 U.S.C. § 3013(a)(2)(A).  Because the appellate issues do not raise substantial questions of law or fact likely to result in an appellate ruling as contemplated by § 3143(b)(1)(B), the Court denies both motions to stay.

## ORDER

Based on the foregoing and being fully advised in the premises the Court **DENIES** Defendant's Motions to stay (Dkt. Nos. 142, 141).  The request for transcripts (Dkt. No. 140) is **GRANTED** to the extent the transcripts have not been previously provided.

DATED:  **January 17, 2006**

~~Honor~~able Edward J. Lodge
U. S. District Judge